Brian C. Holloway, Esq. (State Bar No. 335408)
**HOLLOWAY INTELLECTUAL PROPERTY, PLLC**
535 16th Avenue E
Seattle, Washington, 98112
(206) 412-5472 -Telephone
brian@hollowayip.org

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EXAKTIME INNOVATIONS, INC.,<br><br>Defendant | Case No.: 2:21-cv-07312-RGK-SK<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**NOTE FOR CONSIDERATION: DATE: FEBRUARY 22, 2022**<br><br>**TIME: 9:00 AM**<br><br>**HONORABLE R. GARY KLAUSNER** |

Plaintiff Social Positioning Input Systems, LLC and Defendant Exaktime Innovations, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE NOTE FOR CONSIDERATION: DATE: FEBRUARY 22, 2022TIME: 9:00 AMHONORABLE R. GARY KLAUSNER - 1

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: February 15, 2022 | Respectfully submitted, |
| | /s/ Brian Christopher Holloway |
| | **Brian Holloway(State Bar No. 335408)** |
| | **Holloway Intellectual Property, PLLC** |
| | 535 16th Ave E |
| | Seattle, WA 98112 |
| | 206-412-5472 |
| | brian@hollowayip.org |
| | |
| | /s/ Christopher Pepe |
| | **Christopher Pepe** |
| | **Weil, Gotshal & Manges** |
| | 2001 M Street NW, Suite 600 |
| | Washington, DC 20036 |
| | christopher.pepe@weil.com |
| | 202-682-7153 |