JS6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Social Positioning Input Systems, LLC, § § § § Plaintiff, § § vs. § § Exaktime, Inc., § § Defendant. § | Case No: 2:21-cv-07312-RGK-SK [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE [19] |

On this date came on to be heard the Plaintiffs Motion of Dismissal with Prejudice, and the Court having considered same, is of the opinion that the Stipulation should be GRANTED. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed. This Stipulation and Order shall finally resolve the Action between the parties.

Dated: February 15, 2022

_____
Honorable R. Gary Klausner
U.S. District Judge